**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DISTRICT**

| | | |
|---|---|---|
| MARK BRITTON, | § | |
| Plaintiff, | § § § | |
| v. | § § | C. A. Number 3:16-CV-02387-G |
| AETNA LIFE INSURANCE COMPANY | § § § § | |
| Defendant. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

The Parties have advised the Court that they have settled their differences. Accordingly, the Court hereby dismisses the causes of action, with prejudice. All costs of court are taxed against the party incurring said costs. All further relief is denied.

SIGNED this ___ day of _____ 2017.

_____
United States District Judge